IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00269-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENJAMIN MCMILLER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 45: Opinion and Judgment; Doc. No. 46: Mandate).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing Supervised Release Conditions 9 and 13 vacated on appeal, including whether the parties agree to any revised formulation of the conditions, within thirty days (30) days of the entry of this Order.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: April 22, 2020

Robert J. Conrad, Jr.
United States District Judge