IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00269-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENJAMIN MCMILLER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the third motion of the defendant pro se for a sentence reduction under 18 U.S.C. § 3582. (Doc. Nos. 70, 72).

The Court denied the defendant's first motion for a sentence reduction under § 3582, (Doc. No. 48), and found that he had not established extraordinary and compelling reasons based on his medical conditions and that he would pose a danger to the community if he were released, (Doc. No. 64: Order at 4-5). The Court subsequently denied his second motion, (Doc. Nos. 65, 66; Doc. No. 67: Order), and dismissed his motion to reconsider, (Doc. No. 68; Doc. No. 69: Order). The information in the instant motion, attachments, and supplement, (Doc. Nos. 70, 71, 72), is insufficient to cause the Court to alter its previous decision.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. Nos. 70, 72), is **DENIED**.

Signed: January 25, 2023

Robert J. Conrad, Jr.
United States District Judge