IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00269-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENJAMIN MCMILLER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the fourth set of motions of the defendant pro se for a sentence reduction under 18 U.S.C. § 3582, (Doc. Nos. 82, 84, 89), alleging an unwarranted sentencing disparity with another child pornography offender.

The defendant raised this comparison in a previous motion, (Doc. No. 66: Motion at 6), which the Court denied. (Doc. No. 67: Order). The information in the instant motions and related pleadings is insufficient to overcome the Court's previous determination that the defendant's early release would be inconsistent with the Sentencing Commission's policy statement and inconsistent with the need for the sentence to protect the public from further crimes of the defendant. (Doc. No. 64: Order).

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 82, 84, 89), are **DENIED**.

Signed: February 4, 2025

Robert J. Conrad, Jr.
United States District Judge